IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00564-BNB

JOHN RAINEY,

    Plaintiff,

v.

KATHLEEN BOYD,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Unopposed Motion Request that this Honorable Court Review Grievance" filed on March 2, 2012 (Doc. # 4) is DENIED as premature.

    Dated: March 7, 2012