IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00564-CMA-MEH

JOHN RAINEY,

      Plaintiff,

v.

KATHLEEN BOYD,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2012.**

      Plaintiff's "unopposed"[1] Motion Request [sic] for Emergency Court Order Ordering DOC to Allow the Plaintiff Access to the Court [filed April 27, 2012; docket #20] is **denied without prejudice**.  The Plaintiff seeks the Court's intervention in the alleged denial of his access to the law library.  Because the Plaintiff does not satisfy the requirements of Fed. R. Civ. P. 65(b) and D.C. Colo. LCivR 65.1, the Court construes the Plaintiff's motion as a request for preliminary injunction pursuant to Fed. R. Civ. P. 65(a).  However, the Plaintiff fails to explain how the relief requested in the motion relates in any way to the claims raised in this case, and, considering the very early stage of this litigation, the Plaintiff fails to articulate any imminent "irreparable injury" that will occur if his request is denied.  *See Schrier v. Univ. of Colo.,* 427 F.3d 1253, 1258 (10th Cir. 2005).

---

[1] The Court notes that the Defendant has not yet made an appearance in this case; thus, it is unlikely that the Plaintiff has contacted the Defendant directly to confer and obtain her position on this motion. Nevertheless, the Court reminds the Plaintiff that the requirements of D.C. Colo. LCivR 7.1A do not apply to this case.