IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00564-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

KATHLEEN BOYD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2012.**

    Plaintiff's "unopposed"[1] Motion that Grievance #C-CF1112-8485 be Admitted into Evidence to be Used in Complaint [filed April 27, 2012; docket #21] and Plaintiff's "unopposed" Motion Request [sic] to Submit [[filed April 27, 2012; docket #22] are **denied** as premature. This case is at the very early stages of the litigation; Defendant's answer or other response to the Complaint is not due until approximately May 14, 2012 in this case. Until such time as a dispute is presented to the Court (i.e., in the form of a dispositive motion) concerning the information the Plaintiff wishes to "admit," any such "evidence" need not be filed with the Court.

---

[1] The Court notes that the Defendant has not yet made an appearance in this case; thus, it is unlikely that the Plaintiff has contacted the Defendant directly to confer and obtain her position on this motion. Nevertheless, the Court reminds the Plaintiff that the requirements of D.C. Colo. LCivR 7.1A do not apply to this case.