IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00564-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

KATHLEEN BOYD,

    Defendant.

---

## NOTICE OF CONVERSION TO SUMMARY JUDGMENT

---

Pending before the Court is Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion"), alleging that Plaintiff fails to state a claim upon which relief may be granted [docket #27]. Plaintiff timely filed a response and Defendant her reply brief. With his response, the Plaintiff attached several documents in support of his position.

Because the Plaintiff wishes to support his response to the Motion to Dismiss with documents outside the pleadings, it is proper to inform the parties that the Court will convert the Motion to Dismiss into a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. *See David v. City & County of Denver*, 101 F.3d 1344, 1352 (10th Cir. 1996). Consequently, either party may submit any additional briefing on the Motion, and in such additional briefing, the parties may respond to the materials already submitted by the Plaintiff with any "material that is pertinent to the motion." Fed. R. Civ. P. 12(d). In addition, the Court notes that Plaintiff has previously filed in this case materials pertinent to the question of whether administrative remedies have been exhausted. (*See* dockets ##21-22.) The Court previously denied as premature the Plaintiff's request to submit such materials as "evidence," but will consider these documents in its analysis of the present

Motion.

Therefore, it is ORDERED that any additional briefing by either party must be submitted on or before **July 30, 2012**.

Dated at Denver, Colorado, this 16th day of July, 2012.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge