IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00564-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

KATHLEEN BOYD,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 11, 2012.**

    Plaintiff's "Motion for Investigation for Being Denied Access to the Court and Preliminary Injunction and Temporary Restraining Order" [filed September 10, 2012; docket #54] is **denied without prejudice**. This case was closed on August 31, 2012, and the Plaintiff fails to mention or provide legal support concerning the propriety of filing a motion seeking injunctive relief pursuant to Fed. R. Civ. P. 65 in a closed case.