IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00564-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

KATHLEEN BOYD,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 20, 2012.**

    For the same reason set forth in this Court's September 11, 2012 order, Plaintiff's "Motion for Investigation for Being Denied Access to the Court and Preliminary Injunction and Temporary Restraining Order" [filed September 19, 2012; docket #60] is **denied without prejudice**. However, to the extent the Plaintiff seeks to challenge the order dismissing this case, the Plaintiff may re-file his motion pursuant to the applicable federal rule(s).