IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00564-CMA-MEH

JOHN RAINEY,

    Plaintiff,

v.

KATHLEEN BOYD,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 15, 2012.**

    Plaintiff's "Motion for Temporary Restraining Order and Preliminary Injunction and Investigation for Being Denied Due Process of Law and Access to the Court and to Reopen this Case" [filed October 11, 2012; docket #63] "Motion with Discovery Evidence in Support of Temporary Restraining Order and Preliminary Injunction" [filed October 11, 2012; docket #64] are **stricken** as redundant pursuant to D.C. Colo. LCivR 7.1H. In this Court's September 11, 2012 order, the Court denied Plaintiff's motions for temporary restraining order and preliminary injunction informing the Plaintiff that he may not seek injunctive relief in a closed case. Subsequently, in this Court's September 20, 2012 order, the Court denied the Plaintiff's renewed motions for injunctive relief, but granted Plaintiff leave to file a motion seeking to challenge the order dismissing this case. Here, Plaintiff states he is not seeking an order challenging dismissal of the case, but he improperly continues to seek injunctive relief.